UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ACOSTA, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>FRITO-LAY, INC., et al.,<br><br>   Defendants. | Case No. 15-cv-02128-JSC<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

   The Court is in receipt of the parties' Joint Case Management Conference Statement (Dkt. No. 25.)  They ask that the case management conference be continued in light of a pending amendment to federal law that, if passed, would materially impact the case.  Accordingly, the case management conference scheduled for December 3, 2015 is continued to **May 5, 2016 at 1:30 p.m.**  The parties shall submit updated case management conference statements that include proposed case deadlines one week before the conference.

   **IT IS SO ORDERED.**

Dated: November 30, 2015

                      JACQUELINE SCOTT CORLEY
                      United States Magistrate Judge